NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILFRID SIMEON, JR., #B13229            )
                                       )
            Appellant,                 )
                                       )
v.                                     )       Case No.  2D18-1661
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed March 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County, Joseph C. Fuller, Jr., Judge.


PER CURIAM.

        Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.